## Orlando A. ANDREONI

v.

## GRAND LODGE of the State of Rhode Island, Independent Order of Odd Fellows et al.

### No. 80–29–M.P.

Supreme Court of Rhode Island.

Feb. 14, 1980.

Orlando A. Andreoni, City Sol., East Providence, for petitioner.

Edmund A. Baldi, Pawtucket, for respondents.

### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.

■

## Irene E. BIANCHINI

v.

## Andrew F. BIANCHINI.

### No. 79–394–A.

Supreme Court of Rhode Island.

Feb. 14, 1980.

Thomas W. Pearlman, Providence, for petitioner.

Gerald G. Norigian, Warwick, for respondent.

### ORDER

The respondent's motion for speedy hearing is granted and this case is assigned to the March, 1980 calendar for oral argument.

DORIS, J., did not participate.

■

## Patrick T. BOYLE et al.

v.

## Frank NEWMAN et al.

### No. 80–28–A.

Supreme Court of Rhode Island.

Feb. 14, 1980.

DeSimone & Del Sesto, Herbert F. DeSimone, Gerard McG. DeCelles, Providence, for plaintiffs.

Letts, Quinn & Licht, Nicholas Trott Long, Daniel J. Murray, Joseph DeAngelis, Providence, for defendants.

### ORDER

The defendants' motion for special assignment is granted and this case is assigned to the May, 1980 calendar for oral argument. The defendants' brief shall be filed on or before March 21, 1980 and the plaintiffs' brief shall be filed on or before April 21, 1980.

DORIS, J., did not participate.